UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

JANE DOE,                              )
                                       )
            Plaintiff,                 )
                                       )
v.                                     )
                                       )        No. 3:25-CV-164-JEM
LISA TWARK,                            )
                                       )        *Lead Case Consolidated with*
            Defendant.                 )
_____

JOHN DOE,                              )
                                       )
            Plaintiff,                 )
                                       )
v.                                     )
                                       )        No. 3:25-CV-221-JEM
LISA TWARK,                            )
                                       )
            Defendant.                 )
                                       )

**O R D E R**

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73 of the Federal

Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry

of judgment [Doc. 31].

This case is before the Court on a *sua sponte* review. On May 29, 2026, the parties filed a

Joint Settlement/Alternative Dispute Resolution Report [Doc. 38]. The parties state that they "will

move this Court to allow this matter an opportunity to engage in mediation that will likely take a

significant amount of time to complete" [*Id.* at 1]. They submit:

> [M]ediation will be most productive after the parties have fully
> exchanged substantial written discovery, completed the depositions,
> of the [D]efendant, and developed a sufficient factual record to
> permit a meaningful evaluation of liability, damages, and settlement
> value, but before the parties incur the additional expense associated

1

with expert discovery, dispositive motion practice, and final trial preparation.

[*Id.*]. The parties also "report that they will within 60 days report that they have agreed to a mediator and a mediation" [*Id.* at 2].

The parties have not filed a motion seeking extensions, nor have they filed their report about mediation. The Court **ORDERS** the parties to file a joint report on or before **August 19, 2026**, regarding the status of this case.

**IT IS SO ORDERD.**

ENTER:

Jill E. McCook
United States Magistrate Judge

2